UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL GOUTHRO, individually and on behalf of a class of persons similarly situated,

   Plaintiff,

v.

GENERAL MOTORS CORPORATION,

   Defendant.

C.A. No. 04-10292-REK

## AFFIDAVIT OF JOSEPH M. MAKALUSKY REGARDING SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FED. R. CIV. P. 4

I, Joseph M. Makalusky, Esq., under the pains and penalties of perjury, state as follows:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, BBO No. 631240. I am an associate of the firm Ellis & Rapacki LLP, counsel for Plaintiff in the above-captioned civil action.

2. On February 12, 2004, I caused the Summons and copies of the Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action to be served on defendant General Motors Corporation by certified mail, return receipt requested No. 7000 1530 0005 3885 8533, to effectuate service pursuant to the Massachusetts Long-Arm Statute. Said documents were sent to G. Richard Wagoner, Jr., defendant General Motors Corporation's Chairman and Chief Executive Officer.

3. Attached hereto as Exhibit A is the original return receipt No. 7000 1530 0005 3885 8533 reflecting that defendant General Motors Corporation received said

Summons, Class Action Complaint and Demand for Jury Trial, Civil Action Cover Sheet and Case Description in the above-captioned civil action on February 16, 2004.

Signed and sworn under the penalties of perjury this 20th day of February, 2004.

                                 Joseph M. Makalusky, BBO #631240
                                 Ellis & Rapacki LLP
                                 85 Merrimac Street
                                 Suite 500
                                 Boston, MA 02114
                                 (617) 523-4800

Date:  February 20, 2004

## CERTIFICATE OF SERVICE

I, Joseph M. Makalusky, hereby certify that a true copy of the above document was served upon Defendant, General Motors Corporation, by first class mail on this 20th day of February, 2004, addressed as follows:

G. Richard Wagoner, Jr.
GM Chairman & Chief Executive Officer
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Joseph M. Makalusky

Date: February 20, 2004