UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GOUTHRO, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | CIVIL ACTION<br>NO. 04-10292 REK |

### ASSENTED-TO MOTION OF GENERAL MOTORS CORPORATION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Local Rule 6(b), General Motors Corporation ("GM") hereby moves this Honorable Court, with the assent of the Plaintiff, for an enlargement of time within which to respond to the Complaint in the above-captioned action. GM requests that the time within which it may file its responsive pleading or motion be enlarged 45 days, until April 23, 2004. As grounds for and in support of this Motion, GM states as follows:

1. Plaintiff's Class Action Complaint was served on GM on February 16, 2004. GM's responsive pleading is due on March 8, 2004.

2. Plaintiff, on February 23, 2004, filed a Notice of Related Action and Motion to Consolidate and Transfer to the Judicial Panel on Multi-District Litigation (the "MDL Panel"). A hearing regarding transfer and consolidation of a number of similar actions is pending before the MDL Panel on March 23, 2004.

3. Answering the Massachusetts Complaint may prove duplicative and unnecessary if this action is consolidated with the other similar actions pending in other jurisdictions.

LITDOCS:540562.1

4. No party will be prejudiced should this Motion be allowed.

5. Counsel for Plaintiff has informed counsel for GM that Plaintiff is willing to agree to, and has no objection to, GM's request for additional time.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel hereby certifies that he conferred with counsel for Plaintiff on March 8, 2004 in an attempt to narrow the issues presented in this motion, at which time counsel for Plaintiff informed counsel for GM that Plaintiff has no objection to GM's request for additional time.

General Motors Corporation,

By its attorneys,

_____
Donald J. Savery, BBO #564975
Jeffrey H. Zeeman, BBO #647295
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: March 8, 2004

## Certificate of Service

I, Jeffrey H. Zeeman hereby certify that on this 8th day of March, 2004, I served the attached General Motors Corporation's Assented To Motion For Enlargement of Time, by mailing copies thereof, postage prepaid to:

>Frederic J. Ellis, Esq.
>Ellis & Rapacki LLP
>85 Merrimac Street, Suite 500
>Boston, MA 02114

>*[signature]*
>Jeffrey H. Zeeman
>Bingham McCutchen LLP
>150 Federal Street
>Boston, Massachusetts 02110-1726
>Telephone: 617.951.8000