UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL GOUTHRO, individually and on behalf of a class of persons similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) GENERAL MOTORS CORPORATION, ) ) Defendant. ) ) ) | CIVIL ACTION NO. 04-10292 REK |

**JOINT MOTION OF GENERAL MOTORS CORPORATION AND MICHAEL GOUTHRO FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 6(b), the parties, Defendant General Motors Corporation ("GM") and Plaintiff Michael Gouthro, hereby move for an enlargement of time within which to respond to the Complaint in the above-captioned action. The parties request that GM's responsive pleading shall be filed consistent with the schedule established by the Western District of Oklahoma, to which this matter has been transferred. If no schedule is established by the Western District of Oklahoma within 60 days of the filing of this Motion, GM will file its responsive pleading at that time. As grounds for and in support of this Motion, the parties state as follows:

1. Plaintiff's First Amended Class Action Complaint was served on GM on or about March 22, 2004.

2. On April 15, 2004, this action was transferred to the Western District of Oklahoma for consolidated pre-trial proceedings pursuant to an Order issued by the Judicial Panel on Multi-District Litigation. (MDL Panel Order attached as Ex. A).

LITDOCS:540562.2

3. Answering the Complaint herein may prove duplicative and unnecessary in light of the transfer and expected consolidation of this action with others transferred to the Oklahoma Court.

4. No party will be prejudiced should this Motion be allowed.

WHEREFORE, the parties request that this Honorable Court allow their Motion for Enlargement of Time Within Which to Respond to the Complaint.

Respectfully Submitted,

**General Motors Corporation,**

By its attorneys,

_____
Donald J. Savery, BBO #564975
Jeffrey H. Zeeman, BBO #647295
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

**Michael Gouthro,**

By his attorneys,

Frederic L. Ellis (by Jeff Zeeman)
_____
Frederic L. Ellis, Esq.
**ELLIS & RAPACKI LLP**
85 Merrimac Street, Suite 500
Boston, MA 02114

Dated: April 23, 2004